A

PO Box 1789
Southgate, MI 48195-0789

Return Mail Address Only

TOLL FREE: 1-800-381-0416

NIA/2331951/001    332006143546 0000039/0001

Beatrice Christian
836 Thomas St SE
Grand Rapids, MI 49506-2645

| VISA | MASTERCARD | AMEX | DISCOVER |
|---|---|---|---|
| Expiration | | Credit Card Number | CV Code |
| Amount Authorized | | Signature | |
| Date 02-28-12 | | Total Amount Due $12,001.13 | |
| Account Number 2331951 | | Amount Enclosed | |

PLEASE SUBMIT PAYMENT TO:

Niagara Credit Solutions, Inc.
420 Lawrence Bell Drive, Suite #2
Williamsville, NY 14221-7820

| Niagara Account # | Reference Creditor | Total Amount Due |
|---|---|---|
| 2331951 | CHASE AUTOMOTIVE FINANCE | $12,001.13 |
| **Date** | **Regarding Our Client** | **Client Account #** |
| 02-28-12 | JPMORGAN CHASE BANK, N.A. | 4004525285901305 53 |
| **Interest Rate** | **Principal Balance** / **Interest Balance** | **Misc Balance** |
| 25.00% | $11,911.39 / $89.74 | $.00 |

Welcome to Niagara Credit Solutions, Inc. We are here to help. Your account was placed with our collection agency on 02-17-12.

If you have any questions, please feel free to contact our office at 1-800-381-0416 and a friendly customer service representative will help to explain your available options. For your convenience we accept check-by-phone, ACH, major credit cards, money-gram and bank-to-bank wire. Operators are standing by to help.

Credit card holders may pay by filling in the boxes above or you may remit a check or money order. Please return the tear off portion with your payment.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. if you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**Federal law requires we notify you that this communication is from a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely

Niagara Credit Solutions, Inc.
TOLL FREE: 1-800-381-0416

| Niagara Account # | Reference Creditor | | Total Amount Due |
|---|---|---|---|
| 2331951 | CHASE AUTOMOTIVE FINANCE | | $12,001.13 |
| Date | Regarding Our Client | | Client Account # |
| 02-28-12 | JPMORGAN CHASE BANK, N.A. | | 400452528590130553 |
| Interest Rate | Principal Balance | Interest Balance | Misc Balance |
| 25.00% | $11,911.39 | $89.74 | $.00 |

Welcome to Niagara Credit Solutions, Inc.  We are here to help.  Your account was placed with our collection agency on 02-17-12.

If you have any questions, please feel free to contact our office at 1-800-381-0416 and a friendly customer service representative will help to explain your available options.  For your convenience we accept check-by-phone, ACH, major credit cards, money-gram and bank-to-bank wire.  Operators are standing by to help.

Credit card holders may pay by filling in the boxes above or you may remit a check or money order.  Please return the tear off portion with your payment.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will:  obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**Federal law requires we notify you that this communication is from a professional debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely

Niagara Credit Solutions, Inc.
TOLL FREE:  1-800-381-0416


Hours of Operation:  Monday – Thursday 8AM – 9PM Eastern, Friday 8AM – 5PM Eastern, Saturday 8AM – 12Noon Eastern

**Niagara Credit Solutions, Inc.**   420 Lawrence Bell Drive, Suite #2 ♦ Williamsville, New York 14221-7820